UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARDENER JAMES DOANE

        Plaintiff,

   v.

FIRST FRANKLIN FINANCIAL, et al.

        Defendants.

No. 2:11-cv-02130-MCE-GGH

**ORDER OF DISMISSAL**

    Plaintiff Gardener James Doane initiated this action on August 11, 2011. On June 11, 2012, this Court granted Defendants' Motion to Dismiss (ECF No. 13) and ordered Plaintiff to "file any amended complaint not later than thirty (30) calendar days after this Order is filed electronically". The Court went on to caution Plaintiff that if no such amended complaint was filed within that period, "this action will be dismissed with prejudice and without any further notice to the parties. ECF No. 22, 19:10-16.

///

1

1    As of this date, no amended complaint has been filed or
2 served, and more than 60 days has elapsed.  Accordingly, having
3 failed to comply with the Court's Order, and pursuant to the
4 Order's directive that this lawsuit be dismissed as stated above,
5 the action is DISMISSED with prejudice pursuant to Federal Rule
6 of Civil Procedure 41(b) and Eastern District of California Local
7 Rule 110.  The Clerk of Court is directed to close the file.

8    Given the Court's dismissal of this action sua sponte,
9 Defendants' Motion to Dismiss the Action for Failure to Prosecute
10 (ECF No. 24) is DENIED as moot.  It should nonetheless be noted
11 that while the Court warned Plaintiff that his lawsuit would be
12 dismissed without further notice if he failed to amend his
13 complaint as directed, and while the Court has dismissed the
14 matter on that basis as set forth above, Plaintiff has also
15 failed to oppose or respond in any way to Defendants' Motion to
16 Dismiss.  That failure further supports dismissal of the instant
17 action.

18    IT IS SO ORDERED.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE